# RESOLUTIONS OF
# THE BOARD OF DIRECTORS

## March 17, 2022

The undersigned members of the board of directors (collectively, the "**Board**") of STX Filmworks, Inc., in its capacity as the sole member of STX Financing, LLC, a Delaware limited liability company ("**STX Financing**"), in its capacity as the managing member of Migration Productions I LA, LLC (the "**Company**"), approved and adopted the actions described in and authorized by these resolutions (the "**Resolutions**") at the meeting of the Board held on March 17, 2022, pursuant to the organizational documents of STX Filmworks, Inc. and the Company and the applicable laws of the jurisdiction in which STX Filmworks, Inc. and the Company are organized:

**WHEREAS**, the Board has reviewed and considered presentations by the management (the "**Management**") and the advisors of the Company (collectively, the "**Advisors**"), including, but not limited to, materials regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to them, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with the Management and the Advisors and to fully consider each of the strategic alternatives available to the Company, and the effect of the foregoing on the Company's business; and

**WHEREAS**, following discussion, upon a motion duly made and seconded, the members of the Board unanimously adopted and approved the following Resolutions pursuant to the organizational documents for the Company and the laws of the State of Louisiana.

## Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its stakeholders, creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, the "**Chapter 11 Case**") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") or other court of competent jurisdiction, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States;

**FURTHER RESOLVED**, that the Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer, General Counsel, any President, any Executive Vice President, any other duly appointed officer, or any managing member or general partner, as applicable, of the Company (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to take any and all action (including, without limitation, to negotiate and execute any agreements, documents, certificates, supplemental agreements and instruments) that they deem necessary, appropriate, desirable, or proper to obtain such relief, including, without limitation, any action necessary, appropriate, desirable, or proper to execute and file, on behalf of the Company, any petitions, schedules, lists and other motions, papers, or documents, and to take any and all action

that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**Retention of Professionals**

**FURTHER RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, to employ the law firms of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "**Kirkland**"), as general bankruptcy counsel, and Heller, Draper & Horn, L.L.C., as local bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Kirkland and Heller, Draper & Horn, L.L.C.;

**FURTHER RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**FURTHER RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, to execute and file all petitions, schedules, motions, objections, replies, applications, pleadings, lists, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, investment bankers, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case;

**General Resolutions**

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's or Authorized Officers' judgment, shall be necessary, appropriate, desirable,

or proper in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

**FURTHER RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice;

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of, and on behalf of, the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board; and

**FURTHER RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of, and on behalf of, the Company with respect to the transactions contemplated by these Resolutions hereunder as such Authorized Officer shall deem necessary, appropriate, desirable, or proper in such Authorized Officer's reasonable business judgment as may be necessary, appropriate, desirable, or proper to effectuate the purposes of the transactions contemplated herein.

\* \* \* \* \*

IN WITNESS WHEREOF, the undersigned, being all of the directors of STX Filmworks, Inc., the sole Member of STX Financing, LLC, are executing these Resolutions on behalf of the Company as of the date above first written.



_____
Robert Simonds, Director

_____
Mohsin Meghji, Director

IN WITNESS WHEREOF, the undersigned, being all of the directors of STX Filmworks, Inc., the sole Member of STX Financing, LLC, are executing these Resolutions on behalf of the Company as of the date above first written.

_____
Robert Simonds, Director

_____
Mohsin Meghji, Director