**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Migration Productions I LA, LLC, | ) Case No. 22-10288 |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

- England Holdings 2, Inc.
- England Holdings 3, Inc.
- Eros STX Global Corporation
- STX Filmworks, Inc.
- STX Financing, LLC

Date: 3.18.2022

*/s/ Douglas S. Draper*
Douglas S. Draper La Bar No 5073
ddraper@hellerdraper.com
Leslie A. Collins La Bar No 14891
lcollins@hellerdraper.com
Greta M. Brouphy La Bar No 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6175
Tel: (504) 299-3300
Fax: (504) 299-3399