**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FSO JONES, LLC, | ) Case No. 22-10196 )  |
| Debtor. | )  )  |
| Tax I.D. No. 47-2434300 | )  )  |
| In re: | ) Chapter 11 )  |
| MIGRATION PRODUCTIONS I LA, LLC, | ) Case No. 22-10288 )  |
| Debtor. | )  )  |
| Tax I.D. No. 88-0892103 | )  |

**DEBTORS' <u>EXPEDITED</u> MOTION FOR ENTRY OF**
**AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE**
**DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") respectfully state as follows in support of this motion:

**<u>Relief Requested</u>**

1. The Debtors seek entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Order</u>"): (a) directing procedural consolidation and joint administration of these chapter 11 cases; and (b) granting related relief. Specifically, the Debtors request that one file and one docket be maintained for all of the jointly-administered cases under the case of FSO Jones, LLC, and that the cases be administered under a consolidated caption, as follows:

{00377676-2}

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FSO Jones, LLC, *et al.*,[1] | ) | Case No. 22-10196 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FSO Jones, LLC (4300); and Migration Productions I LA, LLC (2103). The location of the Debtors' service address for purposes of these chapter 11 cases is: 3900 W. Alameda Ave., 32nd Floor, Burbank, California 91505.

2. The Debtors further request that this Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

3. The Debtors further request that this Court order that the following orders entered in the FSO Jones, LLC chapter 11 case apply in the case of Migration Productions I LA, LLC: *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 15] (the "Complex Case Order"); and *Order (I) Authorizing the Debtor to Limit Notice and Establishing Notice Procedures and (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Case and Other Information* [Docket No. 16] (the "Limited Notice Order").

4. The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of Migration Productions I LA, LLC to reflect the joint administration of these chapter 11 cases, and that the Court order that such docket entry satisfies the requirements of Rule 1015-1(B) of the Uniform Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "Local Rules"):

{00377676-2}

An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1 of the United States Bankruptcy Court for the Eastern District of Louisiana directing joint administration for procedural purposes only of the chapter 11 cases of each of the following: FSO Jones, LLC, Case No. 22-10196; Migration Productions I LA, LLC, Case No. 22-10288. The docket in Case No. 22-10196 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 22-10196.**

### Jurisdiction and Venue

5. The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). The Debtors confirm their consent to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

6. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 1015-1 and 9013-1.

### Background

5. On February 28, 2022, Debtor FSO Jones, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On March 2, 2022, the Court entered the Complex Case Order and the Limited Notice Order.

6. On March 18, 2022, Debtor Migration Productions I LA, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

{00377676-2}

7. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no request for the appointment of a trustee or examiner has been made in these chapter 11 cases and no official committees have been appointed or designated.

## Basis for Relief

8. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015. The Debtor entities that commenced chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein. Further, Local Rule 1015-1 provides for the joint administration of chapter 11 cases of affiliates as "related" chapter 11 cases.

9. Joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings, and orders in these chapter 11 cases will affect each Debtor entity. The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration also will allow the United States Trustee for the Eastern District of Louisiana (the "United States Trustee") and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

10. Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this motion seeks only administrative consolidation of the Debtors' cases, not substantive consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested, but instead will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. Accordingly, joint administration of these chapter 11

{00377676-2}

cases is in the best interests of their estates, their creditors, and all other parties in interest.

11. Joint administration is generally non-controversial, and courts in the Fifth Circuit routinely order joint administration in cases with multiple related debtors.[1] *See, e.g.*, *In re Westbank Holdings, L.L.C.*, No. 22-10082 (MSG) (Bankr. E.D. La. Feb. 4, 2022) (authorizing joint administration); *In re Inca Refining, LLC*, No. 17-11182 (Bankr. E.D. La. Aug. 8, 2017) (same); *In re OCA, Inc.*, No. 06-10179 (Bankr. E.D. La. Mar. 16, 2006) (same); *In re Hydrocarbon Flow Specialist, Inc.*, No. 21-50420 (JWK) (Bankr. W.D. La. July 15, 2021) (same); *In re Wash. Prime Group, Inc.*, No. 21-31948 (MI) (Bankr. S.D. Tex. June 14, 2021) (same).

12. With respect to the Complex Case Order and the Limited Notice Order, the same considerations that favored granting such relief in the chapter 11 case of FSO Jones, LLC also support granting such relief with respect to Migration Productions I LA, LLC, particularly if the Court grants joint administration of the Debtors' cases. The Debtors respectfully request that the Court extend the relief granted in the Complex Case Order and the Limited Notice Order to the chapter 11 case of Migration Productions I LA, LLC.

**Motion Practice**

13. This motion includes citations to the applicable rules and statutory and other authorities upon which the relief requested herein is predicated and a discussion of their application to this motion in accordance with Local Rule 9013-2.

**Notice**

14. The Debtors will provide notice of this motion to the following parties and/or their respective counsel, as applicable: (a) the United States Trustee; (b) the holders of the 30 largest

---

[1] Because of the voluminous nature of the orders cited herein, such orders have not been attached to this motion. Copies of these orders are available upon request to the Debtors' proposed counsel.

{00377676-2}

unsecured claims against the Debtors (on a consolidated basis); (c) Greenland Film 2 S.C.S.; (d) 30West VOA, LLC; (e) JPMorgan Chase Bank, N.A., as Administrative Agent under the Debtors' senior secured credit facility; (f) Red Fish Blue Fish, LLC, as Administrative Agent under the Debtors' mezzanine credit facility; (g) the United States Attorney's Office for the Eastern District of Louisiana; (h) the Internal Revenue Service; (i) the attorneys general for the states in which the Debtors operate; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

15. No prior request for the relief sought in this motion has been made to this or any other court.

*[Remainder of page intentionally left blank]*

{00377676-2}

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

New Orleans, Louisiana
March 21, 2022

*/s/ Douglas S. Draper*

| | |
|---|---|
| **HELLER, DRAPER & HORN, LLP** | **KIRKLAND & ELLIS LLP** |
| Douglas S. Draper | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 650 Poydras Street, Suite 2500 | Anup Sathy, P.C. (admitted *pro hac vice*) |
| New Orleans, Louisiana 70130 | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| Telephone: (504) 299-3300 | Whitney Fogelberg (admitted *pro hac vice*) |
| Email: ddraper@hellerdraper.com | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | whitney.fogelberg@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

{00377676-2}