**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 22-10288 |
| | § | |
| MIGRATION PRODUCTIONS I LA, LLC, | § | CHAPTER 11 |
| | § | |
| | § | SECTION A |
| DEBTOR. | § | |

**ORDER GRANTING REQUEST FOR EMERGENCY CONSIDERATION OF CERTAIN "FIRST-DAY" MATTERS**

Considering the *Request For Emergency Consideration of Certain "First-Day" Matters* (the "Request"), [ECF Doc. 9], filed by Migration Productions I LA, LLC, and after due consideration and with good cause shown,

**IT IS ORDERED** that the Request is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will hold a hearing on **Wednesday, March 23, 2022, at 1:00 p.m.** at the United States Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130 to consider and rule on the *Debtor's Expedited Motion For Entry of an Order (I) Directing Joint Administration of the Debtor's Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"), [ECF Doc. 10]. All individuals attending in-person hearings in this Court must adhere to applicable General Order 2021-2 and 21-17 issued by the United States District Court governing conduct and safety protocols required to enter the federal building located at 500 Poydras Street, New Orleans, Louisiana. A link to these Orders can be found at: https://www.laed.uscourts.gov/. Parties may participate in the hearing by either: a) Attending IN PERSON at the U.S. Bankruptcy Court Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130; or b) Participation by Teleconference line, 1-888-684-8852; Access Code 9318283.

**IT IS FURTHER ORDERED** that any responses to the Motion should be filed by **Tuesday, March 22, 2022, at 4:00 p.m.**, and properly served with a copy upon Douglas S. Draper, Heller, Draper & Horn, L.L.C., 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130.

**IT IS FURTHER ORDERED** that the Debtor shall serve this order on the required parties who will not receive notice through the ECF system pursuant to FRBP and LBRs and file a certificate of service to that effect immediately.

New Orleans, Louisiana, March 21, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE